**UNITED STATES DISTRICT COURT**
**FOR THE**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| Marilyn Reynolds | ) | |
|     Plaintiff | ) | |
| v. | ) | Case No. 1:21-cv-2870-RLY-TAB |
| Cook Incorporated, et al. | ) | |
|     Defendant | ) | |

SUGGESTION OF DEATH

Plaintiff, Marilyn Reynolds, by and through undersigned counsel and pursuant to Fed. R. Civ. P., 25, hereby suggests upon the record the death of Plaintiff, Marilyn Reynolds.  Upon information and belief, Plaintiff Marilyn Reynolds died on or about February 16, 2025.


Date: 06/16/26

Respectfully submitted,
**FERRER POIROT FELLER**


/s/ James Hearon
James Hearon
Texas Bar No. 24095253
2603 Oak Lawn Ave, Suite 300
Dallas, Texas 75219
Telephone: 214.521.4412
Facsimile: 214.550.2696
jhearon@lawyerworks.com,
ivcfiling@lawyerworks.com
(Asst. molvera@lawyerworks.com)
ATTORNEYS FOR PLAINTIFFS


**CERTIFICATE OF SERVICE**

The foregoing document will be served via the Clerk of the Court, on June 16, 2026, using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


/s/ James Hearon
James Hearon


SUGGESTION OF DEATH – Page 1